# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CENTURION WIRELESS TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| | ) | **8:04CV65** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **HOP-ON COMMUNICATIONS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion to withdraw by Lyman L. Larsen, counsel for the defendants (Filing No. 47).  The court held a telephone conference with counsel on July 14, 2005.  Participating for the plaintiff was Timothy P. Getzoff.  Participating for the defendants was Lyman L. Larsen.

Since a corporation may not appear *pro se*, the motion to withdraw (Filing No. 47) will be held in abeyance pending the appearance of substitute counsel.  The pretrial conference scheduled for July 18, 2005, and the trial scheduled for August 8, 2005, are cancelled and will be rescheduled following a telephone conference with counsel at **1:30 p.m. Central Daylight Time on August 3, 2005**.  Plaintiff's counsel shall initiate the telephone call.  General counsel for the defendants shall participate in the telephone conference.

**IT IS SO ORDERED.**

DATED this 14th day of July, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge