# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CENTURION WIRELESS TECHNOLOGIES, INC.,** | ) ) ) | **8:04CV65** |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| **HOP-ON COMMUNICATIONS, INC., et al.,** | ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion to withdraw by Lyman L. Larsen, counsel for the defendants (Filing No. 47). The court held a telephone conference with counsel on August 29, 2005. Participating for the plaintiff was Timothy P. Getzoff. Participating for the defendants were Lyman L. Larson and Art Sanchez.

The parties informed the court that a settlement was being finalized.

**IT IS ORDERED:**

1. The motion to withdraw by Lyman L. Larsen (Filing No. 47) is held in abeyance.

2. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before September 12, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 30th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge