IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CENTURION WIRELESS TECHNOLOGIES, INC., | ) ) ) | NO. 8:04CV65 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| HOP-ON COMMUNICATIONS, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

    This matter comes before the court upon the parties' stipulated dismissal with prejudice. The court finds this action should be dismissed.

    IT IS HEREBY ORDERED this action is dismissed with prejudice, and each party shall bear its own costs and fees.

    Dated this 19th day of September, 2005.

                                   BY THE COURT:

                                   s/ William Jay Riley
                                   United States Circuit Judge
                                   (Sitting by Designation)